**Order entered May 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00531-CV

**JUAN CARLOS FLORES, Appellant**

**V.**

**CHASCO, INC. A/K/A CHASCO INTERIORS, INC., ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-14912-H**

## ORDER

We **GRANT** appellant's May 19, 2015 unopposed motion for extension of time to file

reply brief and **ORDER** the brief be filed no later than June 8, 2015.


/s/     CRAIG STODDART
          JUSTICE